# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

EDWIN JAMES CASE, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3404

_____

May 20, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Edwin James Case, III, pro se.

PER CURIAM.

   Affirmed.

KELLY, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.